**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-80756-CIV-ALTONAGA**

**THE 2005 ROBERT JULIEN FAMILY, DELAWARE DYNASTY TRUST, MARC JULIEN, TRUSTEE,**

Plaintiff,

v.

**INTERNAL REVENUE SERVICE,**

Defendant.
_______________________________________/

## ORDER

THIS CAUSE came before the Court on Defendant, Internal Revenue Service's Motion to Stay Deadlines to Produce Records [ECF No. 47]. Being fully advised, it is

**ORDERED AND ADJUDGED** that the Motion is **GRANTED**. The deadlines by which the IRS shall produce records are extended for a length of time commensurate with the duration of the lapse in appropriations for the Department of Justice.

**DONE AND ORDERED** in Miami, Florida, this 29th day of October, 2025.

Cecilia M. Altonaga

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record