**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 23-80756-CIV-ALTONAGA**

**THE 2005 ROBERT JULIEN FAMILY, DELAWARE DYNASTY TRUST, MARC JULIEN, TRUSTEE,**

Plaintiff,

v.

**INTERNAL REVENUE SERVICE,**

Defendant.

_______________________________________/

**ORDER**

**THIS CAUSE** came before the Court *sua sponte*. On April 12, 2024, the Court entered an Order [ECF No. 40] administratively closing the case and requiring Defendant to file status reports on its production of documents to Plaintiff every 90 days. (*See id.* 2–3).[1] Defendant last complied on December 30, 2025 (*see* [ECF No. 51]); the next report was due March 30, 2026. To date, Defendant has failed to file a status report and has not requested an extension of time to do so.

Accordingly, it is

**ORDERED** that Defendant shall comply with the April 12, 2024 Order **[ECF No. 40]** by filing the required status report on or before **April 3, 2026**.

**DONE AND ORDERED** in Miami, Florida, this 31st day of March, 2026.

**CECILIA M. ALTONAGA**
**CHIEF UNITED STATES DISTRICT JUDGE**

cc: counsel of record

[1] The Court uses the pagination generated by the electronic CM/ECF database, which appears in the headers of all court filings.